**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | 94 Cr. 313 (CSH) |
| – against – ) | |
| ) | |
| STEVEN CAMACHO, ) | **MAY 26, 2020** |
| ) | |
| Defendant. ) | |
| ) | |

_____)

## <u>REVISED JUDGMENT</u>

**HAIGHT, Senior District Judge:**

For the reasons stated in the Court's prior Rulings, Docs. 870, 888 amd 889, it is now by the Court:

ORDERED, ADJUDGED and DECREED that prior Judgments entered in this case, and sentences imposed thereunder, be, and the same hereby are, VACATED; and it is further

ORDERED, ADJUDGED and DECREED that Defendant Steven Camacho, on his conviction following jury trial in this case, is sentenced to TIME SERVED.

Dated:   New Haven, Connecticut
         May 26, 2020


                              s /   CHARLES S. HAIGHT JR.
                                   _____
                                   CHARLES S. HAIGHT, JR.
                                    Senior United States District Judge