**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | 94 Cr. 313 (CSH) |
| – against – | **MAY 26, 2020** |
| STEVEN CAMACHO, | |
| Defendant. | **ORDER** |

**To the Office of the United States Marshals**

**It is hereby Ordered:**

That the Defendant, Steven Camacho, Reg. #  34911-054, having been resentenced in the above case to a term of Time Served; and the Court's prior Order staying the execution of that resentence having been vacated; the United States Marshals are to RELEASE the Defendant forthwith, unless any pending warrants, detainers or other issues are encountered.

Dated:   New Haven, Connecticut
         May 26, 2020

                                              s / CHARLES S. HAIGHT JR.
                                                  CHARLES S. HAIGHT, JR.
                                                  Senior United States District Judge